**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **AMIGOS DE TRES PALMAS, INC.**<br><br>Plaintiff<br><br>v.<br><br>**RINCON BROS 3 OZF, LLC; ARC ENGINEERING & CONSTRUCTION, INC.**<br><br>Defendants | CIVIL No: 3:25-cv-1439<br><br><br><br>RE: CLEAN WATER ACT |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**

**F.R.C.P. 41(a)(1)(A)(i)**

TO THE HONORABLE COURT:

NOW COMES plaintiff Amigos de Tres Palmas, Inc., duly represented by the undersigned attorney, and respectfully states, alleges, and prays as follows:

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Amigos de Tres Palmas, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Rincon Bros 3 OZF, LLC and Arc Engineering & Construction, Inc.

**RESPECTFULLY SUBMITTED**.

In Quebradillas, Puerto Rico, this 10th day of September 2025.

**CERTIFY** that on this date, I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all parties in the case.

s/Miguel Sarriera-Román
Miguel Sarriera-Román, Esq.
USDC-PR 207714
Attorney for Plaintiff
Miguel Sarriera Román Law Office
1104 Calle San Miguel
Quebradillas, PR. 00678-2803
Phone: (787) 630-8319
email: miguelsarriera@yahoo.com