**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

AMIGOS DE TRES PALMAS, INC,

      Plaintiff

        vs.

RINCON BROS 3 OZF, LLC;
ARC ENGINEERING &
CONSTRUCTION, INC.,

      Defendant

**CIVIL NO: 25-1439 (GMM)**

<u>**JUDGMENT**</u>

On September 10, 2025, the Plaintiff Amigos De Tres Palmas, Inc. filed a *Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A(i)* notifying the Court that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Rincon Bros 3 OZF, LLC and Arc Engineering & Construction, Inc. Pursuant to this Court's Order at Docket No. 8, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiffs' claims against Defendants without imposition of costs, expenses, or attorney's fees. The case is now closed for statistical purposes.

IT IS SO ORDERED

IN San Juan, Puerto Rico, September 10, 2025.

<u>s/Gina R. Méndez-Miró</u>
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE